Original:

FILED

05 AUG 16 PM 3:33

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TERRANCE JAMES DAVIS, | ) | Case No. 3:05CV1031 |
| Petitioner, | ) | JUDGE PATRICIA A. GAUGHAN |
| vs. | ) | Magistrate Judge |
| KHELLEH KONTEH, Warden, | ) | PATRICIA A. HEMANN |
| Respondent. | ) | |

GRANTED. /s/ Patricia A. Gaughan 8/23/05

**MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. §2254**

Now comes Terrance James Davis, Petitioner, pursuant to Federal Rules of Civil Procedure, Rule 41(a), and respectfully moves this Honorable Court for an Order of Dismissal of the Action now pending before this Court.

Petitioner submits that it is his voluntary act to withdraw all claims heretofore, in the manner prescribed under the staute of the United States, and that the Court will accept this motion as it is submitted in good faith.

Respectfully submitted,

Terrance J. Davis 414-901
Terrance James Davis #414-901
Toledo Correctional Institution
2001 East Central Avenue
Toledo, Ohio 43608

Petitioner, pro se